An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

HERBERT HANSON,
Appellant,

vs.

GEMSTONE LVS, LLC,
Respondent.

No. 62765

**FILED**

MAY 2 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

When this pro se appeal was docketed, this court gave appellant 40 days to file and serve his civil appeal statement. Appellant's civil appeal statement was due in this court by May 1, 2013. To date, appellant has failed to file his civil appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:  Hon. Susan Scann, District Judge
Herbert Hanson
David J. Merrill, P.C.
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-14818